# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:24-CV-20489-JLK

Plaintiff: **ARANTZA CASTRO**
vs.
Defendant: **RACK ROOM SHOES, INC., a Foreign For Profit Corporation, D/B/A RACK ROOM SHOES**

For:
Diego Mendez, Esq.
Mendez Law Offices, Pllc
8750 Nw 36th Street
Suite 220
Doral, FL 33178

Received by L & L Process, LLC. on the 8th day of February, 2024 at 10:30 am to be served on **RACK ROOM SHOES, INC. D/B/A RACK ROOM SHOES C/O CORPORATE CREATIONS NETWORK, INC, 801 US HIGHWAY 1, NORTH PALM BEACH, FL 33408**.

I, Joseph Leonardi, do hereby affirm that on the **12th day of February, 2024** at **11:00 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief, and Jury Trial Demand, and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **LUIS LAGOS** as **AUTHORIZED / EMPLOYEE** for **RACK ROOM SHOES, INC. D/B/A RACK ROOM SHOES**, at the address of: **801 US HIGHWAY 1, NORTH PALM BEACH, FL 33408**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: HISPANIC, Height: 5'10", Weight: 200, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

_____
**Joseph Leonardi**
CPS 364

**L & L Process, LLC.**
**13876 SW 56 Street**
**Suite 200**
**Miami, FL 33175**
**(305) 772-8804**

Our Job Serial Number: LLP-2024000534

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n