UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

ARANTZA CASTRO                                        CASE NO.: 1:24-cv-20489-JLK

Plaintiff,

vs

RACK ROOM SHOES, INC.

A Foreign for-Profit Corporation

Defendant,

_____/

NOTICE OF SETTLEMENT

Plaintiff, ARANTZA CASTRO, through undersigned attorney Diego G. Mendez, Esq. pursuant to the Federal Rules Civil Procedure files this Notice of Settlement with Defendant.  Parties seek 30 days to finalize all settlement documentation and file a Notice of Voluntary Dismissal with Prejudice.

Respectfully Submitted:

                                                    Mendez Law Offices, PLLC
                                                   Attorneys for Plaintiff
                                                   P.O. BOX 228630
                                                   Miami, Florida 33172
                                                   Telephone: 305.264.9090
                                                   Facsimile: 1-305.809.8474
                                                   Email:info@mendezlawoffices.com
                                                   By: _____/s/_____
                                                   DIEGO GERMAN MENDEZ, ESQ.
                                                   FL BAR NO.: 52748

                                                 Adams & Associates, P.A.
                                                 Attorneys for Plaintiff
                                                 6500 Cowpen Road, Suite 101
                                                 Miami Lakes, FL  33014

Telephone:  305-824-9800  
Facsimile:  305-824-3868  
Email:  radamslaw@bellsouth.net  
By:_____  /s/_____  
RICHARD JOHN ADAMS, ESQ.  
FL BAR NO.: 770434